IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLORIA BELLAMY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv831-CSC |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of the Social Security, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

Now pending before the court is the plaintiff's motion to dismiss (doc. # 12). The defendant filed an answer on December 5, 2006. (Doc. # 11). After an answer has been filed, FED. R. CIV. P. 41(a)(1) requires that all parties who have appeared in the action consent to a voluntary dismissal by the plaintiff. All parties consent to the dismissal of this action. Moreover, pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment. Accordingly, it is

ORDERED that the plaintiff's motion to dismiss (doc. # 12) be and is hereby GRANTED and this action be and is hereby DISMISSED.

A separate order will enter.

Done this 8th day of January, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE